```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>              Plaintiff,          )<br>                                  )<br>         v.                       )<br>                                  )<br>ARON JOHNSTON, et al.,            )<br>                                  )<br>              Defendants.         )<br>_____ ) | CASE NO.  1:07-MJ-00062 DLB<br><br>MOTION TO UNSEAL COMPLAINT;<br>**ORDER** |

The Complaint in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: March 29, 2007              /s/ Kathleen A. Servatius
                                   KATHLEEN A. SERVATIUS
                                   Assistant U. S. Attorney


IT IS SO ORDERED.

**Dated:   March 29, 2007**                 **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE

1