ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:        (209) 544-1860

Attorney for Defendant
ARON JOHNSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06-cr-418 LJO |
| ) | |
| Plaintiffs, ) | STIPULATION AND ORDER |
| ) | TO EXTEND THE SURRENDER DATE |
| vs. ) | FOR DEFENDANT ARON JOHNSTON |
| ) | |
| ) | |
| ARON JOHNSTON, ) | |
| ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED by and between defendant ARON JOHNSTON, through his attorney ROBERT L. FORKNER and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KATHLEEN A. SERVATIUS, stipulate and request the following:

   1.   The presently scheduled surrender date of August 12, 2008 be vacated for the above named defendant and be continued to September 9, 2008 at 2:00 p.m.

   2.   The reason for the requested extension of the surrender date is that Ms. Susan Perry from the United States Marshall's Office has notified all parties that the Bureau of Prisons has

1

"no designation" for Mr. Johnston.  It will take a minimum of two weeks to designate a prison.

 Furthermore, United States Probation Officer, Laurie E. McAnulty and Pretrial Services Officer, Lydia Serrano have been notified and have no objections.  Therefore, the parties stipulate to continue the defendant's surrender date and request the court to order the same.

Dated: August 11, 2008    /s/ Robert L. Forkner
              **Attorney for Defendant,**
              **ROBERT L. FORKNER**

Dated: August 11, 2008    /s/ Kathleen A. Servatius
              **Assistant U.S. Attorney**
              **KATHLEEN A. SERVATIUS**

### ORDER

 IT IS SO ORDERED upon good cause shown and the stipulation of all parties that the August 12, 2008 surrender date be extended to September 9, 2008 at 2:00 p.m., for the defendant ARON JOHNSTON.

IT IS SO ORDERED.

Dated:  **August 12, 2008**      /s/ Lawrence J. O'Neill
                UNITED STATES DISTRICT JUDGE

2